In the Matter of DINAH R. ROSENBLATT, an Attorney.— No order is required to enable respondent to pay over money which she holds in escrow. Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

FIRST DEPARTMENT, APRIL, 1952.

(April 1, 1952.)

In the Matter of the Probate of the Will of SOPHIE SHANIN, Deceased. GEORGE W. LUBOW et al., Appellants; JENNY GREENBERG, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [Order denied motion for new trial.] [See post, p. 1063.]

In the Matter of the Probate of the Will of SOPHIE SHANIN, Deceased. GEORGE W. LUBOW et al., Appellants; JENNY GREENBERG, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [Decree admitted will to probate.] [See post, p. 1063.]

KEWANEE BOILER CORPORATION, Respondent, v. KEWANEE-PACIFIC HEATING & MAINTENANCE COMPANY, Appellant.— No opinion. Present — Glennon, J. P., Dore, Van Voorhis and Shientag, JJ. [See post, p. 1065.]

IRENE SHERMAN, Suing on Behalf of Herself and Other Legatees of the Estate of MOE SHERMAN, Deceased, Appellant, v. SAMUEL W. SIEGEL, Individually and as Executor of MOE SHERMAN, Deceased, et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See post, p. 1064.]

In the Matter of the Estate of MOE SHERMAN, Deceased. IRENE SHERMAN, Appellant; SAMUEL W. SIEGEL, as Executor of MOE SHERMAN, Deceased, Respondent; SAM SHERMAN, Intervener, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See post, p. 1065.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY LA GRECA and VITO LA GRECA, Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.